UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| KGB INTERNATIONAL, INC., a California corporation, CHANNEL IMPORTS, LLC, an Oregon limited liability company and SOUTH MILL DISTRIBUTION, INC. d/b/a ATLANTA SOUTH MILL DISTRIBUTION, LLC a Georgia Limited Liability Company. <br><br> Plaintiffs, <br> vs. <br><br> SOUTHERN SOLUTIONS, INC. d/b/a SOUTHERN SOLUTIONS PRODUCE, LLC, a North Carolina corporation and TANIKKA WATFORD, an individual, <br><br> Defendants. | ) Case No.: <br> ) <br> ) <br> ) PLAINTIFFS' 7.1 DISCLOSURE <br> ) STATEMENT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Pursuant to Federal Rules of Civil Procedure 7.1, undersigned counsel for Plaintiffs, KGB International, Inc., Channel Imports, LLC and South Mill Distribution, Inc. b/b/a Atlanta South Mill Distribution, LLC, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

None.

//

Respectfully submitted this 14th day of February, 2006.

MEUERS LAW FIRM, P.L.

PEPPER HAMILTON, LLP

By: _____

1

| | |
|---|---|
| Lawrence H. Meuers, Esq.<br>Fla. Bar No. 0934879<br>Aaron J. Pruss, Esq.<br>Fla Bar No. 0015656<br>5395 Park Central Court<br>Naples, FL  34109<br>Telephone: (239) 513-9191<br>Facsimile:  (239) 513-9677<br>apruss@meuerslawfirm.com | *(signature)*<br>Edward M. Andries, Esq.<br>DC Bar No. 460526<br>Charles H. Carpenter, Esq.<br>DC Bar No. 432004<br>Pepper Hamilton, LLP<br>Hamilton Square<br>600 Fourteenth Street, N.W.<br>Washington, DC 20005-2004<br>Tel: (202) 220-1251<br>Fax: (202) 220-1665<br><br>Attorneys for Plaintiffs |

2