UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| KGB INTERNATIONAL, INC., a California corporation, CHANNEL IMPORTS, LLC, an Oregon limited liability company and SOUTH MILL DISTRIBUTION, INC. d/b/a ATLANTA SOUTH MILL DISTRIBUTION, LLC a Georgia Limited Liability Company<br><br>Plaintiffs,<br>vs.<br><br>SOUTHERN SOLUTIONS, INC. d/b/a SOUTHERN SOLUTIONS PRODUCE, LLC, a North Carolina corporation and TANIKKA WATFORD, an individual,<br><br>Defendants. | Case No.:<br><br>PLAINTIFFS' MOTION FOR ISSUANCE OF PRELIMINARY INJUNCTION AND MOTION TO CONSOLIDATE THE TRIAL ON THE MERITS WITH HEARING ON PRELIMINARY INJUNCTION<br><br>CASE NUMBER  1:06CV00272<br>JUDGE: Richard W. Roberts<br>DECK TYPE: Administrative Agency Rev<br>DATE STAMP: 02/14/2006 |

Upon the Declaration of Kenneth C. Galloway, President for Plaintiffs, KGB International, Inc. ("KGB") and Channel Imports, LLC ("Channel"), and the Declaration of Dave Bialek, Salesman for South Mill Distribution, Inc. d/b/a Atlanta South Mill Distribution, LLC ("South Mill") (KGB, Channel and South Mill will be referred to as "Plaintiffs"), and the memorandum in support, Plaintiffs respectfully move the Court to issue a preliminary injunction under Rule 65(a) of the Federal Rules of Civil Procedure enforcing the statutory trust pursuant Section 5(c) of the Perishable Agricultural Commodities Act, 7 U.S.C. §499e(c)(4), by segregating all trust assets of Defendant, Southern Solutions, Inc. d/b/a Southern Solutions Produce, LLC.

Respectfully submitted this 14th day of February, 2006.

MEUERS LAW FIRM, P.L.

PEPPER HAMILTON, LLP

By: _____

1

*[signature]*

| | |
|---|---|
| Lawrence H. Meuers, Esq. | Edward M. Andries, Esq. |
| Fla. Bar No. 0934879 | DC Bar No. 460526 |
| Aaron J. Pruss, Esq. | Charles H. Carpenter, Esq. |
| Fla Bar No. 0015656 | DC Bar No. 432004 |
| 5395 Park Central Court | Pepper Hamilton, LLP |
| Naples, FL 34109 | Hamilton Square |
| Telephone: (239) 513-9191 | 600 Fourteenth Street, N.W. |
| Facsimile: (239) 513-9677 | Washington, DC 20005-2004 |
| apruss@meuerslawfirm.com | Tel: (202) 220-1251 |
| | Fax: (202) 220-1665 |

Attorneys for Plaintiffs

2