## ATLANTA SOUTH MILL DISTRIBUTION, LLC
### *v.*
### SOUTHERN SOLUTIONS

### TRUST CHART

| Invoice Number | Transaction Date | Invoice Date | Payment Due Date 10 Days | Invoice Amount | No. of Days Overdue 02/09/06 | Accrued Interest 8% | Trust Amount |
|---|---|---|---|---|---|---|---|
| DI/061883/ATL | 01/16/06 | 01/16/06 | 01/26/06 | $ 15,676.00 | 14 | $ 48.10 | $ 15,724.10 |
| DI/061884/ATL | 01/16/06 | 01/16/06 | 01/26/06 | $ 120.00 | 14 | $ 0.37 | $ 120.37 |
| DI/061985/ATL | 01/19/06 | 01/19/06 | 01/29/06 | $ 24,236.50 | 11 | $ 58.43 | $ 24,294.93 |
| DI/062038/ATL | 01/22/06 | 01/22/06 | 02/01/06 | $ 20,736.50 | 8 | $ 36.36 | $ 20,772.86 |
| DI/062039/ATL | 01/22/06 | 01/22/06 | 02/01/06 | $ 13,645.90 | 8 | $ 23.93 | $ 13,669.83 |
| | | | | | | | |
| *TOTALS* | | | | $ 74,414.90 | | $ 167.19 | $ 74,582.09 |
| | | | | | | | |
| *Additional daily interest accruing from above date* | | | | | | $ 16.31 | |

**Atlanta South Mill Distribution, LLC**
16 Forest Parkway, Bldg A, Units 13-15
Forest Park, Georgia 30297

**Statement on Accounts**

Cust No:  40140
Southern Solutions, LLC
447 Valley Avenue SE #B2
Washington, DC  20032

Statement Date
Feb 8, 2006

| Date | Reference | Date Due | PO No. | Invoice Amount | Unapplied Credit | Age |
|------|-----------|----------|--------|----------------|------------------|-----|
| 01/16/06 | DI/061883/ATL | 01/30/06 | | 15,676.00 | 0.00 | 9 |
| 01/16/06 | DI/061884/ATL | 01/30/06 | | 120.00 | 0.00 | 9 |
| 01/19/06 | DI/061985/ATL | 02/02/06 | | 24,236.50 | 0.00 | 6 |
| 01/22/06 | DI/062038/ATL | 02/05/06 | | 20,736.50 | 0.00 | 3 |
| 01/22/06 | DI/062039/ATL | 02/05/06 | | 13,645.90 | 0.00 | 3 |
| | | | | 74,414.90 | 0.00 | |

# INVOICE

CUSTOMER COPY

**South Mill**
*Growing and Distributing Mushrooms, Produce and More!*

905 SOUTH HARWOOD ST.
DALLAS, TEXAS 75201
A/R (214) 752-7727
FAX (214) 752-7729

SALES OFFICES

DALLAS
SOUTH MILL DIST LP.
(214) 760-9841

ATLANTA
SOUTH MILL DIST LLC
(404) 366-0009

HOUSTON
SOUTH MILL DIST LP.
(713) 928-6387
www.southmill.com

MUSHROOM DIST
SOUTH MILL NEW ORL LLC
(504) 733-7275

MIAMI SOUTH MILL
DISTRIBUTION
(305) 635-8368

| ACCOUNT NO. | SALESPERSON | INVOICE DATE |
|---|---|---|
| 40099 | | DI/061883/ATL |
| | | 01/16/06 |

Cash
&
CC
CC

SHIP TO:
Cash
cc
CC



| SHIP VIA NO. | CARRIER | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|

| QUANTITY | ITEM | REASON RETURNED (R) OR SHORTED (S) | REG/DELQ |
|---|---|---|---|





# South Mill

*Growing and Distributing Mushrooms, Produce and More!*

| | | | | | |
|---|---|---|---|---|---|
| **DALLAS** SOUTH MILL DIST LP (214) 752-9000 | **ATLANTA** SOUTH MILL DIST LLC (404) 608-0009 | **HOUSTON** SOUTH MILL DIST LP (713) 926-6357 | **MUSHROOM DIST** SOUTH MILL NEW ORL LLC (504) 733-7275 | **MIAMI SOUTH MILL** DISTRIBUTION (305) 635-8368 |

905 SOUTH HARWOOD ST.
DALLAS, TEXAS 75201
A/R (214) 752-7727
FAX (214) 752-7729

www.southmill.com

# INVOICE

**OI/061884/ATL**

01/16/06

| ACCOUNT NO. | SALESPERSON | INVOICE DATE |
|---|---|---|
| 400 | | |

TO:

SHIP TO:

| SHIP VIA NO. | CARRIER | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|

| QUANTITY | ITEM | REASON RETURNED (R) OR SHORTED (S) | RO-KEYED TO |
|---|---|---|---|

TOTAL

**INVOICE**

| SHIP VIA. P.O. | CARRIER | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|

Case 1:06-cv-00275-RWR Document 15-2 SEC.com Filed 02/14/2006 Page 7 of

# INVOICE

| SHIP VIA NO. | CARRIER | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|
| | | | | |

RETURN RECEIVED (R) OR ORDERED (O)

WAREHOUSE COPY

# INVOICE

# INVOICE

**South Mill**
*Growing and Distributing Mushrooms, Produce and More!*

905 SOUTH HARWOOD ST.
DALLAS, TEXAS 75201
A/R (214) 752-7727
FAX (214) 752-7729

OFFICE COPY

**SALES OFFICES**

| DALLAS SOUTH MILL DIST LP (214) 760-9801 | ATLANTA SOUTH MILL DIST LLC (404) 363-0009 | HOUSTON SOUTH MILL DIST LP (713) 928-6367 www.southmill.com | MUSHROOM DIST SOUTH MILL NEW ORL LLC (504) 733-7275 | MIAMI SOUTH MILL DISTRIBUTION (305) 635-8368 |

| ACCOUNT NO. | SALESPERSON | INVOICE DATE | DI/062038/ATL |
| --- | --- | --- | --- |
| | | | 01/22/06 |

O:

Southern Solutions Produce, LLC
447 Valley Avenue SE #B2
Washington
DC    20032

SHIP TO:

Southern Solutions Produce, LLC
318 Browns Cross Road
Staley
NC    27355

40140

| SHIP VIA NO. | CARRIER | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
| --- | --- | --- | --- | --- |
| | | | NET 10 - DUE IN 10 | |

| | | | | |
| --- | --- | --- | --- | --- |
| 240.00 | CS | Mangos 10 CT | | 7.00 |
| 69.00 | CS | Apples Golden 88 CT | | 26.00 |
| 98.00 | CS | Apples Red 88 CT | | 21.50 |
| 48.00 | CS | Banana | | 15.00 |
| 168.00 | CS | Cantaloupes 12 CT | | 16.00 |
| 46.00 | CS | Pears D'Angelo | | 23.50 |
| 10.00 | CS | Plantains 50# | | 24.50 |
| 15.00 | CS | Lime 36 CT | | 11.50 |
| 50.00 | CS | Potato 50# | | 13.50 |
| 140.00 | CS | Mesculin Mix(Spring Mix) | | 8.50 |
| 100.00 | CS | 10 LB Medium Box PHO | | 12.75 |
| 5.00 | CS | BRUSSEL SPROUTS | | 14.50 |
| 5.00 | CS | Cabbage Green | | 11.00 |
| 40.00 | CS | Cabbage Green Bag | | 13.50 |
| 2.00 | CS | DIAKON 30# | | 28.00 |
| 3.00 | LB | Rosemary 1 lb | | 5.50 |
| 3.00 | LB | Oregano 1 lb | | 5.50 |
| 25.00 | CS | PINK GRAPEFRUIT 32 | | 22.50 |

**TOTAL**

**NO CREDIT FOR MERCHANDISE RETURNED OR ALLOWANCES WILL BE GIVEN UNLESS THE BOTTOM PART OF THIS INVOICE IS COMPLETED.**

**CONDITION OF SALE**
I AGREE THAT MY SIGNATURE ON THIS INVOICE REPRESENTS ACCEPTANCE OF THE PRODUCT AND THAT RESPONSIBILITY FOR PAYMENT OF THE PRODUCT, LUGS, TRAYS, PALLETS AND ANY OTHER HARDWARE ASSOCIATED WITH THIS PRODUCT; THAT SOUTH MILL® DISTRIBUTION IS THE OWNER OF THE LUGS, TRAYS, PALLETS AND ANY OTHER HARDWARE IN OR ON WHICH THIS PRODUCT IS SHIPPED AND THAT THE UNAUTHORIZED USE OF THE SAID LUGS, TRAYS, PALLETS OR OTHER HARDWARE IS AN ILLEGAL USE OF SOUTH MILL® DISTRIBUTION PROPERTY. I FURTHER AGREE TO PAY SOUTH MILL® DISTRIBUTION FOR THE LUGS, PALLETS, TRAYS AND OTHER HARDWARE ASSOCIATED WITH THE SHIPMENT OF THIS PRODUCT AT THE FOLLOWING RATES:
LUGS $2.50 EACH    TRAYS $5.00 EACH    PALLETS $8.50 EACH
OR THE PRICE INDICATED ON THE INVOICE, WHICHEVER IS GREATER.

**"THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5C OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499E(C)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED."**

CONTROL NO. **661240**

| QUANTITY | ITEM | REASON: RETURNED (R) OR SHORTED (S) | ROUTED TO |
| --- | --- | --- | --- |
| | | | |
| | | | |

| RECEIVED BY DRIVER | CUSTOMER SIGNATURE | AUTHORIZED BY |
| --- | --- | --- |

# INVOICE

## South Mill
*Growing and Distributing Mushroom, Produce and More!*

905 SOUTH HARWOOD ST.
DALLAS, TEXAS 75201
A/R (214) 752-7727
FAX (214) 752-7729

**SALES OFFICES**

| DALLAS SOUTH MILL DIST LP (214) 760-9801 | ATLANTA SOUTH MILL DIST LLC (404) 363-0009 | HOUSTON SOUTH MILL DIST LP (713) 928-6367 www.southmill.com | MUSHROOM DIST SOUTH MILL NEW ORL LLC (504) 733-7275 | MIAMI SOUTH MILL DISTRIBUTION (305) 635-8368 |
|---|---|---|---|---|

OFFICE COPY

| ACCOUNT NO. | SALESPERSON | INVOICE DATE |
|---|---|---|
| | | DI/062038/ATL 01/22/06 |

O:  **40140**

Southern Solutions Produce, LLC
447 Valley Avenue SE #B2
Washington
DC    20032

SHIP TO:

Southern Solutions Produce, LLC
318 Browns Cross Road
Staley
NC    27355

| SHIP VIA NO. | CARRIER | F.O.B. POINT | TERMS | YOUR ORDER NUMBER |
|---|---|---|---|---|
| | | | NET 10 - DUE IN 10 | |

| QTY | UOM | DESCRIPTION | PRICE |
|---|---|---|---|
| 25.00 | CS | Oranges 88 CT | 16.00 |
| 50.00 | CS | Yukon (A) Potato GOLD | 25.00 |
| 20.00 | CS | TANGERINE 100 CF | 23.00 |
| 50.00 | CS | PEPPER GREEN BELL 25# | 13.50 |
| 20.00 | CS | Onion Jumbo 25# RED | 11.50 |
| 20.00 | CS | Potato 50# 70 cT Russet | 14.50 |
| 50.00 | CS | Potato 50# 80 cT Russet | 14.50 |
| 60.00 | CS | Lettuce Iceberg Cello | 15.00 |
| 15.00 | CS | Lemons CT 165 | 21.00 |
| 15.00 | CS | Kale | 10.50 |
| 25.00 | CS | Celery 36ct | 15.50 |

Charges
Discounts

**TOTAL**

**PALLETS IN:** _____ **PALLETS OUT:**

NO CREDIT FOR MERCHANDISE RETURNED OR ALLOWANCES WILL BE GIVEN UNLESS THE BOTTOM PART OF THIS INVOICE IS COMPLETED.

### CONDITION OF SALE

I AGREE THAT MY SIGNATURE ON THIS INVOICE REPRESENTS ACCEPTANCE OF THE PRODUCT AND THAT RESPONSIBILITY FOR PAYMENT OF THE PRODUCT, LUGS, TRAYS, PALLETS AND ANY OTHER HARDWARE ASSOCIATED WITH THIS PRODUCT; THAT SOUTH MILL DISTRIBUTION IS THE OWNER OF THE LUGS, TRAYS, PALLETS AND ANY OTHER HARDWARE IN OR ON WHICH THIS PRODUCT IS SHIPPED AND THAT THE UNAUTHORIZED USE OF THE SAID LUGS, TRAYS, PALLETS OR OTHER HARDWARE IS AN ILLEGAL USE OF SOUTH MILL® DISTRIBUTION PROPERTY. I FURTHER AGREE TO PAY SOUTH MILL® DISTRIBUTION FOR THE LUGS, PALLETS, TRAYS AND OTHER HARDWARE ASSOCIATED WITH THE SHIPMENT OF THIS PRODUCT AT THE FOLLOWING RATES:
LUGS $2.50 EACH    TRAYS $5.00 EACH    PALLETS $8.50 EACH OR THE PRICE INDICATED ON THE INVOICE, WHICHEVER IS GREATER.

"THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5C OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499E(C)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED."

CONTROL NO. **661241**

| QUANTITY | ITEM | REASON: RETURNED (R) OR SHORTED (S) | ROUTED TO |
|---|---|---|---|
| | | | |
| | | | |

RECEIVED BY DRIVER _____   CUSTOMER SIGNATURE _____   AUTHORIZED BY _____



# INVOICE

**South Mill**
*Growers and Distributors of Mushrooms, Produce and More!*
905 SOUTH HARWOOD ST.
DALLAS, TEXAS 75201
A/R (214) 232-2727
FAX (214) 748-7729

**SALES OFFICES**

| DALLAS | ATLANTA | HOUSTON | MUSHROOM DIST | MIAMI SOUTH MILL |
|---|---|---|---|---|
| SOUTH MILL DIST LP | MILL DIST LLC | SOUTH MILL DIST LP | SOUTH MILL NEW ORL LLC | DISTRIBUTION |
| (214) 760-9801 | 0009 | (713) 928-8367 | (504) 733-7275 | (305) 635-6368 |

www.southmill.com

| ACCOUNT NO. | SALESPERSON | INVOICE DATE |
|---|---|---|
| | | **DI/082039/ATL** |
| | | 01/22/06 |

TOTAL