-----Original Message-----
From: Southern Solutions [mailto:t.watford@southernsolutionsproduce.com]

Sent: Thursday, February 02, 2006 1:44 PM
To: Ken Galloway
Subject: RE: 2nd mail

Ken,
I will send you something as soon as I get something, I switched everything over and now I'm waiting to get some form of payment into my account, that is my problem they have not deposited anything in yet, I have done all the poper paper work and spoke with tons of people. My other issue my lady is no longer living. She committed suicide this week is the word I got this morning.

Tanikka