IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KGB INTERNATIONAL, INC., 1175 Shaw Ave., :
#104 PMB 308, Clovis, CA 93612, a California :
corporation; CHANNEL IMPORTS, LLC 11717 :
Kestrel Road, Klamath Falls, OR 97601, an Oregon :
limited liability company, and SOUTH MILL :
DISTRIBUTION INC., d/b/a ATLANTA SOUTH :
MILL DISTRIBUTION, LLC, 16 Forest Parkway, :
Bldg. A13-15, Forest Park, GA 30297-2015, a :
Georgia limited liability company, :
                                                                                  :
                                        Plaintiffs,             :
                                                                                  :
               v.                                                           :         CIVIL ACTION NO. 06-272 (RWR)
                                                                                  :
SOUTHERN SOLUTIONS, INC. d/b/a                     :
SOUTHERN SOLUTIONS PRODUCE, LLC, a      :
North Carolina corporation and TANIKKA Watford, :
an individual                                                        :
                                                                                  :
                                        Defendants         :
                                                                                  :

## PRAECIPE – CHANGE OF CAPTION

Kindly note the change in the caption of the Complaint filed on February 14, 2006, by Plaintiffs, KGB INTERNATIONAL, INC., CHANNEL IMPORTS, LLC, and SOUTH MILL DISTRIBUTION INC., d/b/a ATLANTA SOUTH MILL DISTRIBUTION, LLC. The caption did not include the addresses of the plaintiffs, which is in violation of LCvR 5.1(e)(1). The corrected caption is above and the addresses of the plaintiffs are as follows:

- KGB INTERNATIONAL, INC., 1175 Shaw Ave., #104 PMB 308, Clovis, CA 93612;
- CHANNEL IMPORTS, LLC 11717 Kestrel Road, Klamath Falls, OR 97601;
- SOUTH MILL DISTRIBUTION INC., d/b/a ATLANTA SOUTH MILL DISTRIBUTION, LLC, 16 Forest Parkway, Bldg. A13-15, Forest Park, GA 30297-2015.

-2-

                Respectfully submitted,

                *[signature]*

                Edward M. Andries (DC Bar 460526)
                Charles H. Carpenter (DC Bar 432004)
                Pepper Hamilton LLP
                Hamilton Square
                600 Fourteenth Street, N.W.
                Washington, DC 20005-2004

                *Attorneys for Plaintiffs*

Dated: February 15, 2006

## **CERTIFICATE OF SERVICE**

I, Edward M. Andries, hereby certify that on February 15, 2006, I caused a true and correct copy of the foregoing Praecipe – Change of Caption to be served via hand delivery with the Complaint and Summons on the following:

SOUTHERN SOLUTIONS, INC.
Headquarters:
447 Valley Avenue, S.E., UNIT B2
WASHINGTON, DC 20032-3719

SOUTHERN SOLUTIONS PRODUCE, LLC
Headquarters:
447 Valley Avenue, S.E., UNIT B2
WASHINGTON, DC 20032-3719

TANIKKA WATFORD
5405 NEWBY AVENUE
RIVERDALE, MD 20737-3036

_____
Edward M. Andries, Esq.