IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KGB INTERNATIONAL, INC., *et. al*, | : | |
| Plaintiffs, | : : : | |
| v. | : : | CIVIL ACTION NO. 06-272 (RWR) |
| SOUTHERN SOLUTIONS, INC., *et. al*, | : : | |
| Defendants | : : | |

## ENTRY OF APPEARANCE

Please note the appearance of Charles H. Carpenter, Pepper Hamilton LLP, Hamilton Square, 600 Fourteenth Street, N.W., Washington, D.C. 20005, Telephone: 202.220.1200, email address: carpentc@pepperlaw.com, as additional counsel for plaintiffs, KGB International, Inc., Channel Imports, LLC, and South Mill Distribution, Inc. d/b/a Atlanta South Mill Distribution, LLC, in the above-captioned action.

Respectfully,

/s/    Charles H. Carpenter_____
Charles H. Carpenter, (D.C. Bar No. 432004)
PEPPER HAMILTON LLP
Hamilton Square
600 Fourteenth Street, N.W.
Washington, DC  20005-2004
202-220-1200

Attorney for Plaintiffs

Dated:  February 16, 2006