IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KGB INTERNATIONAL, INC., 1175 Shaw Ave., #104 PMB 308, Clovis, CA 93612, a California corporation; CHANNEL IMPORTS, LLC 11717 Kestrel Road, Klamath Falls, OR 97601, an Oregon limited liability company, and SOUTH MILL DISTRIBUTION INC., d/b/a ATLANTA SOUTH MILL DISTRIBUTION, LLC, 16 Forest Parkway, Bldg. A13-15, Forest Park, GA 30297-2015, a Georgia limited liability company,<br><br>                    Plaintiffs,<br><br>                      v.<br><br>SOUTHERN SOLUTIONS, INC. d/b/a SOUTHERN SOLUTIONS PRODUCE, LLC, a North Carolina corporation and TANIKKA Watford, an individual<br><br>                  Defendants | CIVIL ACTION NO. 06-272 (RWR) |

## **PRAECIPE – CHANGE OF CAPTION**

      Kindly note the change in the caption of the Complaint filed on February 14, 2006, by Plaintiffs, KGB INTERNATIONAL, INC., CHANNEL IMPORTS, LLC, and SOUTH MILL DISTRIBUTION INC., d/b/a ATLANTA SOUTH MILL DISTRIBUTION, LLC.  The caption did not include the addresses of the plaintiffs, which is in violation of LCvR 5.1(e)(1). The corrected caption is above and the addresses of the plaintiffs are as follows:

- KGB INTERNATIONAL, INC., 1175 Shaw Ave., #104 PMB 308, Clovis, CA 93612;
- CHANNEL IMPORTS, LLC 11717 Kestrel Road, Klamath Falls, OR 97601;
- SOUTH MILL DISTRIBUTION INC., d/b/a ATLANTA SOUTH MILL DISTRIBUTION, LLC, 16 Forest Parkway, Bldg. A13-15, Forest Park, GA 30297-2015.

                          Respectfully submitted,

                          _____/s/_____
                          Edward M. Andries (DC Bar 460526)
                          Charles H. Carpenter (DC Bar 432004)
                          Pepper Hamilton LLP
                          Hamilton Square
                          600 Fourteenth Street, N.W.
                          Washington, DC 20005-2004

                          *Attorneys for Plaintiffs*

Dated:  February 21, 2006