AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

KGB INTERNATIONAL, INC., a California corporation, CHANNEL IMPORTS, LLC, an Oregon limited liability company, and SOUTH MILL DISTRIBUTION, INC. d/b/a ATLANTA SOUTH MILL DISTRIBUTION, LLC a Georgia Limited Liability Company,
Plaintiffs,

V.

SOUTHERN SOLUTIONS, INC., d/b/a SOUTHERN SOLUTIONS PRODUCE, LLC, a North Carolina corporation and TANIKKA WATFORD, an individual
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-272 (RWR)

TO: (Name and address of Defendant)

SOUTHERN SOLUTIONS, INC.
Headquarters:
447 Valley Avenue, S.E., UNIT B2
WASHINGTON, DC 20032-3719

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

EDWARD M. ANDRIES, ESQ.
PEPPER HAMILTON, LLP
HAMILTON SQUARE
600 FOURTEENTH STREET, N.W.
WASHINGTON, D.C. 20005-2004

an answer to the complaint which is served on you with this summons, within __20 (twenty)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

_Jackie Frances_
(By) DEPUTY CLERK

FEB 17 2006
DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me* | DATE 02-27-06 at 7:58 p.m. |
| NAME OF SERVER *(PRINT)* Ambiko Guice | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): **By serving Tanikka Watford, authorized to accept. Service was completed at 447 Valley Avenue, SE, Unit B2, Washington, DC 20032.**

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  03-01-06
                    Date

Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

Address of Server

* Plaintiffs' Motion for Issuance of Preliminary Injunction and Motion to Consolidate the Trial on the Merits with Hearing on Preliminary Injunction; Plaintiffs' Memorandum in Support of Motion for Preliminary Injunction; Declaration of Kenneth C. Galloway in Support of Plaintiffs' Motion for Preliminary Injunction; and Declaration of Dave Bialek in Support of Plaintiffs' Motion for Preliminary Injunction

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.