UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| KGB INTERNATIONAL, INC., a California corporation, CHANNEL IMPORTS, LLC, an Oregon limited liability company and SOUTH MILL DISTRIBUTION, INC. d/b/a ATLANTA SOUTH MILL DISTRIBUTION, LLC a Georgia Limited Liability Company<br><br>    Plaintiffs,<br>vs.<br><br>SOUTHERN SOLUTIONS, INC. d/b/a SOUTHERN SOLUTIONS PRODUCE, LLC, a North Carolina corporation and TANIKKA WATFORD, an individual,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: 06-272(RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

    I, Charles H. Carpenter, hereby certify that on March 16, 2006, I caused true and correct copies of the Affidavit of Service on Southern Solutions, Inc. to be served upon the following via United States first-class mail:

Tanikka Watford  
5405 Newby Avenue  
Riverdale, MD 20737-3036

Tanikka Watford  
c/o Southern Solutions, Inc.  
447 Valley Avenue, S.E., Unit B2  
Washington, DC 20032-3719

                           /s/ Charles H. Carpenter