AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

KGB INTERNATIONAL, INC., a California corporation, CHANNEL IMPORTS, LLC, an Oregon limited liability company, and SOUTH MILL DISTRIBUTION, INC. d/b/a ATLANTA SOUTH MILL DISTRIBUTION, LLC a Georgia Limited Liability Company,
                    Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

SOUTHERN SOLUTIONS, INC., d/b/a SOUTHERN SOLUTIONS PRODUCE, LLC, a North Carolina corporation and TANIKKA WATFORD, an individual
                    Defendants.

CASE NUMBER:    06-272 (RWR)

TO: (Name and address of Defendant)

TANIKKA WATFORD
5405 NEWBY AVENUE
RIVERDALE, MD 20737-3036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

EDWARD M. ANDRIES, ESQ.
PEPPER HAMILTON, LLP
HAMILTON SQUARE
600 FOURTEENTH STREET, N.W.
WASHINGTON, D.C. 20005-2004

an answer to the complaint which is served on you with this summons, within _____20 (twenty)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

FEB 17 2006

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE | TIME |
|---|---|---|
| Service of the Summons and complaint was made by me[1] * | 2/27/06 | 7:58 PM |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Ambiko Guice | Private Process Server |

*Check one box below to indicate appropriate method of service*

X☐ Served personally upon the defendant. Place where served: **447 Valley Avenue, SE, Unit B2 Washington, DC 20032-3719**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    **2/28/06**
_____
Date

_____
Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

_____
Address of Server

\*Summons, Civil Action Complaint, Plaintiffs' Motion for Issuance of Preliminary Injunction and Motion to Consolidate the Trial on the Merits With Hearing on Preliminary Injunction, Plaintiffs' Memorandum in Support Of Motion for Preliminary Injunction with Exhibit A, Declaration of Kenneth C. Galloway in Support of Plaintiffs' Motion for Preliminary Injunction With Attachments and Declaration of Dave Bialek in Support of Plaintiffs' Motion for Preliminary Injunction with Attachments

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.