UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **KGB INTERNATIONAL, INC.**, a California corporation, **CHANNEL IMPORTS, LLC,** an Oregon limited liability company and **SOUTH MILL DISTRIBUTION, INC. d/b/a ATLANTA SOUTH MILL DISTRIBUTION, LLC** a Georgia Limited Liability Company<br><br>        **Plaintiffs,**<br>  vs.<br><br>**SOUTHERN SOLUTIONS, INC. d/b/a SOUTHERN SOLUTIONS PRODUCE, LLC,** a North Carolina corporation and **TANIKKA WATFORD,** an individual,<br><br>        **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>) **Case No.: 1:06-cv-00272-RWR**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to LCvR 83.2(d) of the United States District Court for the District of Columbia, I, Aaron J. Pruss, move to be admitted *pro hac vice* to the bar of this Court for the purpose of representing KGB International, Inc.; Channel Imports, Inc.; and South Mill Distribution, Inc. d/b/a Atlanta South Mill Distribution, LLC, in the instant matter.  In support of this motion, I submit the following information as required by LCvR 83.2(b):

1. *Full name of movant-attorney:*

    Aaron J. Pruss

2. *Office address and telephone number of the movant-attorney*:

    Meuers Law Firm, P.L
    5395 Park Central Court
    Naples, FL  34109
    Telephone: (239) 513-9191

3. *A list of all bars to which the movant-attorney has been admitted:*

   State of Florida

   State of Michigan

   U.S. District Court of Michigan, Eastern District

4. I am a member in good standing of all bars of which I am a member and I am not under suspension or disbarment from any bar.

5. I have not previously applied for permission to appear *pro hac vice* before this Court.

6. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar nor do I have an application for membership pending.

Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that movant be admitted *pro hac vice* to the bar of this Court and be allowed to appear in the instant matter.

Respectfully submitted this, the 22nd day of March, 2006.

| | |
|---|---|
| By: /s/ Aaron J. Pruss | By: /s/ Charles H. Carpenter |
| Aaron J. Pruss, Esq. | Charles H. Carpenter, Esq. |
| Fla Bar No. 0015656 | DC Bar No. 432004 |
| Meuers Law Firm, P.L | Pepper Hamilton, LLP |
| 5395 Park Central Court | Hamilton Square |
| Naples, FL 34109 | 600 Fourteenth Street, N.W. |
| Telephone: (239) 513-9191 | Washington, DC 20005-2004 |
| Facsimile: (239) 513-9677 | Tel: (202) 220-1251 |
| apruss@meuerslawfirm.com | Fax: (202) 220-1665 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **KGB INTERNATIONAL, INC.**, a California corporation, **CHANNEL IMPORTS, LLC**, an Oregon limited liability company and **SOUTH MILL DISTRIBUTION, INC.** d/b/a **ATLANTA SOUTH MILL DISTRIBUTION, LLC** a Georgia Limited Liability Company<br><br>            **Plaintiffs,**<br>    vs.<br><br>**SOUTHERN SOLUTIONS, INC.** d/b/a **SOUTHERN SOLUTIONS PRODUCE, LLC**, a North Carolina corporation and **TANIKKA WATFORD**, an individual,<br><br>            **Defendants.** | **Case No.: 1:06-cv-00272-RWR** |

**CERTIFICATE OF SERVICE**

I, Charles H. Carpenter, hereby certify that on March 22, 2006, I caused true and correct copies of Motion for Admission *Pro Hac Vice* to be served upon the following via United States first-class mail:

Tanikka Watford
5405 Newby Avenue
Riverdale, MD 20737-3036

Tanikka Watford
c/o Southern Solutions, Inc.
447 Valley Avenue, S.E., Unit B2
Washington, DC 20032-3719


                            /s/ Charles H. Carpenter

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **KGB INTERNATIONAL, INC., a California corporation, CHANNEL IMPORTS, LLC, an Oregon limited liability company and SOUTH MILL DISTRIBUTION, INC. d/b/a ATLANTA SOUTH MILL DISTRIBUTION, LLC a Georgia Limited Liability Company**<br><br>　　　　　**Plaintiffs,**<br>　　vs.<br><br>**SOUTHERN SOLUTIONS, INC. d/b/a SOUTHERN SOLUTIONS PRODUCE, LLC, a North Carolina corporation and TANIKKA WATFORD, an individual,**<br><br>　　　　　**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>) **Case No.: 1:06-cv-00272-RWR**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER ON MOTION FOR ADMISSION *PRO HAC VICE*

Based upon the Motion of Aaron J. Pruss, Esquire, for admission to practice *pro hac vice* in this action on behalf of KGB International, Inc.; Channel Imports, Inc.; and South Mill Distribution, Inc. d/b/a Atlanta South Mill Distribution, LLC, and in accordance with LCvR 83.2(d) of the United States District Court for the District of Columbia, **IT IS HEREBY ORDERED** that:

☐　　The Motion of Attorney, Aaron J. Pruss, for admission to practice *pro hac vice* is GRANTED.

☐　　The Motion of Attorney, Aaron J. Pruss, for admission to practice *pro hac vice* is DENIED.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge