## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| KGB INTERNATIONAL, INC., a California corporation, CHANNEL IMPORTS, LLC, an Oregon limited liability company and SOUTH MILL DISTRIBUTION, INC. d/b/a ATLANTA SOUTH MILL DISTRIBUTION, LLC a Georgia Limited Liability Company <br><br> **Plaintiffs,** <br> vs. <br><br> SOUTHERN SOLUTIONS, INC. d/b/a SOUTHERN SOLUTIONS PRODUCE, LLC, a North Carolina corporation and TANIKKA WATFORD, an individual, <br><br> **Defendants.** | ) ) ) ) ) ) ) ) Case No.: 1:06-cv-00272-RWR ) ) ) ) ) ) ) ) ) |

### **PLAINTIFFS' MOTION FOR DEFAULT**

NOW COMES, KGB International, Inc., Channel Imports, LLC and South Mill Distribution, Inc. d/b/a Atlanta South Mill Distribution, LLC ("Plaintiffs"), by and through its undersigned counsel, hereby moves for the entry of Default against Defendant, Tanikka Watford (the "Defendant"), in the above-entitled action pursuant to Federal Rule of Civil Procedure 55(a).

The application is based on the Complaint, filed in this case by Plaintiff on February 14, 2006, and the summons, which was served upon the Defendants, Southern Solutions, Inc. d/b/a Southern Solutions Produce, LLC and Tanikka Watford (the "Defendants"), by my office and at my direction by personal service and on the ground that Defendant, Tanikka Watford, has failed to appear and answer Plaintiffs' Complaint within twenty (20) days following service of process pursuant to Federal Rule of Civil Procedure 12(a). As such, Plaintiffs request that Default be entered.

WHEREFORE, Plaintiffs requests entry of Default in favor of the Plaintiffs and against the Defendant in the above-entitled action.

Respectfully submitted this, the 22nd day of March, 2006.

|  |  |
|---|---|
|  | /s/ Charles H. Carpenter |
|  | By: _____ |
| Lawrence H. Meuers, Esq. | Edward M. Andries, Esq. |
| Fla. Bar No. 0934879 | DC Bar No. 460526 |
| Aaron J. Pruss, Esq. | Charles H. Carpenter, Esq. |
| Fla Bar No. 0015656 | DC Bar No. 432004 |
| Meuers Law Firm, P.L | Pepper Hamilton, LLP |
| 5395 Park Central Court | Hamilton Square |
| Naples, FL 34109 | 600 Fourteenth Street, N.W. |
| Telephone: (239) 513-9191 | Washington, DC 20005-2004 |
| Facsimile: (239) 513-9677 | Tel: (202) 220-1251 |
| apruss@meuerslawfirm.com | Fax: (202) 220-1665 |
|  |  |
|  | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| KGB INTERNATIONAL, INC., a California corporation, CHANNEL IMPORTS, LLC, an Oregon limited liability company and SOUTH MILL DISTRIBUTION, INC. d/b/a ATLANTA SOUTH MILL DISTRIBUTION, LLC a Georgia Limited Liability Company<br><br>    Plaintiffs,<br>  vs.<br><br>SOUTHERN SOLUTIONS, INC. d/b/a SOUTHERN SOLUTIONS PRODUCE, LLC, a North Carolina corporation and TANIKKA WATFORD, an individual,<br><br>    Defendants. | Case No.: 1:06-cv-00272-RWR |

## CERTIFICATE OF SERVICE

I, Charles H. Carpenter, hereby certify that on March 22, 2006, I caused true and correct copies of Motion for Default to be served upon the following via United States first-class mail:

Tanikka Watford
5405 Newby Avenue
Riverdale, MD 20737-3036

Tanikka Watford
c/o Southern Solutions, Inc.
447 Valley Avenue, S.E., Unit B2
Washington, DC 20032-3719


                                        **/s/ Charles H. Carpenter**

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **KGB INTERNATIONAL, INC.**, a California corporation, **CHANNEL IMPORTS, LLC**, an Oregon limited liability company and **SOUTH MILL DISTRIBUTION, INC. d/b/a ATLANTA SOUTH MILL DISTRIBUTION, LLC** a Georgia Limited Liability Company<br><br>   **Plaintiffs,**<br> vs.<br><br>**SOUTHERN SOLUTIONS, INC. d/b/a SOUTHERN SOLUTIONS PRODUCE, LLC,** a North Carolina corporation and **TANIKKA WATFORD,** an individual,<br><br>   **Defendants.** | **Case No.: 1:06-cv-00272-RWR** |

### ORDER GRANTING MOTION FOR DEFAULT

This action, having been commenced on February 14, 2006, by the filing of the Complaint, and a Copy of the Complaint having been served upon, *inter alia*, Tanikka Watford, on or about February 27, 2006, by my office and at my direction by personal service, *see*, Certificate of Service [Docket No. 9], and said Defendant not having answered the Complaint, and the time for answering the Complaint having expired, and Defendant Southern Solutions, Inc. d/b/a Southern Solutions Produce, LLC having filed a voluntary Chapter 7 petition in the United States Bankruptcy Court for the Middle District of North Carolina and this matter having been stayed as to the corporate defendant, only, it is:

**ORDERED, ADJUDGED AND DECREED:**

That a Default be entered against Defendant, Tanikka Watford, only.

Dated at Washington, DC this _____ day of March, 2006.

                     Clerk of the Court

                     By: _____