UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| KGB INTERNATIONAL, INC., a California corporation, CHANNEL IMPORTS, LLC, an Oregon limited liability company and SOUTH MILL DISTRIBUTION, INC. d/b/a ATLANTA SOUTH MILL DISTRIBUTION, LLC a Georgia Limited Liability Company<br><br>Plaintiffs,<br>vs.<br><br>SOUTHERN SOLUTIONS, INC. d/b/a SOUTHERN SOLUTIONS PRODUCE, LLC, a North Carolina corporation and TANIKKA WATFORD, an individual,<br><br>Defendants. | ) ) ) ) ) ) ) Case No.: 1:06-cv-00272-RWR ) ) ) ) ) ) ) In re: TANIKKA WATFORD ) ) ) |

**<u>MILITARY AFFIDAVIT</u>**

(Certificate in Compliance With Soldiers and Sailors
Civil Relief Act of 1940, As Amended in 1942 & 1960
Title 50, Appendix, Section 520, United States Code)

I hereby certify under penalty of perjury, this 27th day of March, 2006, that I am the duly authorized agent of the plaintiffs in the above-listed case and make this certificate in plaintiffs' behalf.

I make this certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960; that on behalf of the plaintiffs, I have caused careful investigation to be made to ascertain whether or not the above-named defendant is in the military service of the United States or its Allies and that a result of said investigation, I have discovered and do hereby allege that said defendant is not in the military service of the United States or its Allies, that is to say said

defendant is not a member of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and is not an officer of the public Health Service detailed by proper authority for duty either with the Army or Navy, and said defendant is not on active duty with any branches aforesaid, nor is said defendant under training or education under the supervision of the United States preliminary to induction into the military services; and the defendant is not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor has said defendant been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor is the defendant a member of the Enlisted Reserve Corps ordered to report for military service, but is the owner of a produce company.

|  | /s/ Charles H. Carpenter |
|---|---|
| : _____ By: | _____ |
| Lawrence H. Meuers, Esq. | Edward M. Andries, Esq. |
| Fla. Bar No. 0934879 | DC Bar No. 460526 |
| Aaron J. Pruss, Esq. | Charles H. Carpenter, Esq. |
| Fla Bar No. 0015656 | DC Bar No. 432004 |
| Meuers Law Firm, P.L | Pepper Hamilton, LLP |
| 5395 Park Central Court | Hamilton Square |
| Naples, FL  34109 | 600 Fourteenth Street, N.W. |
| Telephone: (239) 513-9191 | Washington, DC 20005-2004 |
| Facsimile:  (239) 513-9677 | Tel: (202) 220-1251 |
| apruss@meuerslawfirm.com | Fax: (202) 220-1665 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **KGB INTERNATIONAL, INC.**, a California corporation, **CHANNEL IMPORTS, LLC**, an Oregon limited liability company and **SOUTH MILL DISTRIBUTION, INC. d/b/a ATLANTA SOUTH MILL DISTRIBUTION, LLC** a Georgia Limited Liability Company<br><br>   **Plaintiffs,**<br> vs.<br><br>**SOUTHERN SOLUTIONS, INC. d/b/a SOUTHERN SOLUTIONS PRODUCE, LLC**, a North Carolina corporation and **TANIKKA WATFORD**, an individual,<br><br>   **Defendants.** | **Case No.: 1:06-cv-00272-RWR** |

### CERTIFICATE OF SERVICE

I, Charles H. Carpenter, hereby certify that on March 27, 2006, I caused true and correct copies of the Military Affidavit to be served upon the following via United States first-class mail:

Tanikka Watford
5405 Newby Avenue
Riverdale, MD 20737-3036

Tanikka Watford
c/o Southern Solutions, Inc.
447 Valley Avenue, S.E., Unit B2
Washington, DC 20032-3719

       /s/ Charles H. Carpenter