## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **KGB INTERNATIONAL, INC., a California corporation, CHANNEL IMPORTS, LLC, an Oregon limited liability company and SOUTH MILL DISTRIBUTION, INC. d/b/a ATLANTA SOUTH MILL DISTRIBUTION, LLC a Georgia Limited Liability Company** )<br><br>)<br>)<br>)<br>)<br>) | |
| | ) **Case No.: 1:06-cv-00272-RWR** |
| **Plaintiffs,** ) | |
| **vs.** ) | |
| ) | |
| **SOUTHERN SOLUTIONS, INC. d/b/a SOUTHERN SOLUTIONS PRODUCE, LLC, a North Carolina corporation and TANIKKA WATFORD, an individual,** )<br>)<br>)<br>) | |
| **Defendants.** ) | |

## <u>MOTION FOR DEFAULT JUDGMENT</u>

Plaintiffs, KGB International, Inc., Channel Imports, LLC and South Mill Distribution, Inc. d/b/a Atlanta South Mill Distribution, LLC, move this Court to enter a Default Judgment against Defendant, Tanikka Watford (the "Defendant"), in the above-entitled action pursuant to Federal Rule of Civil Procedure 55(b)(1).

The motion is based on the Complaint, filed in this case by Plaintiff on February 14, 2006, which was served upon the Defendants, Southern Solutions, Inc. d/b/a Southern Solutions Produce, LLC and Tanikka Watford, the Affidavit of No Answer and the Default entered by this Court on or about March 28, 2006.

WHEREFORE, Plaintiffs, KGB International, Inc., Channel Imports, LLC and South Mill Distribution, Inc. d/b/a Atlanta South Mill Distribution, LLC, in the above-

entitled action pray for entry of Judgment against Defendant, Tanikka Watford in the principal amount of $115,632.76, prejudgment interest at 8% per annum pursuant to the underlying contract in the sum of $415.41, for a total Judgment amount of $116,048.17.

Respectfully submitted this, the 28th day of March, 2006.

/s/ Charles H. Carpenter

By: _____

| | |
|---|---|
| Lawrence H. Meuers, Esq. | Edward M. Andries, Esq. |
| Fla. Bar No. 0934879 | DC Bar No. 460526 |
| Aaron J. Pruss, Esq. | Charles H. Carpenter, Esq. |
| Fla Bar No. 0015656 | DC Bar No. 432004 |
| 5395 Park Central Court | Pepper Hamilton, LLP |
| Naples, FL  34109 | Hamilton Square |
| Telephone: (239) 513-9191 | 600 Fourteenth Street, N.W. |
| Facsimile:  (239) 513-9677 | Washington, DC 20005-2004 |
| apruss@meuerslawfirm.com | Tel: (202) 220-1251 |
| | Fax: (202) 220-1665 |
| | |
| | Attorneys for Plaintiffs |

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **KGB INTERNATIONAL, INC., a California corporation, CHANNEL IMPORTS, LLC, an Oregon limited liability company and SOUTH MILL DISTRIBUTION, INC. d/b/a ATLANTA SOUTH MILL DISTRIBUTION, LLC a Georgia Limited Liability Company** | ) ) ) ) ) ) ) |
| **Plaintiffs,** | ) **Case No.: 1:06-cv-00272-RWR** ) |
| **vs.** | ) ) |
| **SOUTHERN SOLUTIONS, INC. d/b/a SOUTHERN SOLUTIONS PRODUCE, LLC, a North Carolina corporation and TANIKKA WATFORD, an individual,** | ) ) ) ) ) |
| **Defendants.** | ) ) |

## CERTIFICATE OF SERVICE

I, Charles H. Carpenter, hereby certify that on March 28, 2006, I caused true and correct copies of the Motion for Default Judgment to be served upon the following via United States first-class mail:

Tanikka Watford                         Tanikka Watford
5405 Newby Avenue                       c/o Southern Solutions, Inc.
Riverdale, MD 20737-3036                447 Valley Avenue, S.E., Unit B2
                                        Washington, DC 20032-3719


                                        **/s/ Charles H. Carpenter**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **KGB INTERNATIONAL, INC., a California** | ) |
| **corporation, CHANNEL IMPORTS, LLC, an** | ) |
| **Oregon limited liability company and SOUTH** | ) |
| **MILL DISTRIBUTION, INC. d/b/a ATLANTA** | ) |
| **SOUTH MILL DISTRIBUTION, LLC a** | ) |
| **Georgia Limited Liability Company** | ) |
| | ) **Case No.: 1:06-cv-00272-RWR** |
| **Plaintiffs,** | ) |
| **vs.** | ) |
| | ) |
| **SOUTHERN SOLUTIONS, INC. d/b/a** | ) |
| **SOUTHERN SOLUTIONS PRODUCE, LLC, a** | ) |
| **North Carolina corporation and TANIKKA** | ) |
| **WATFORD, an individual,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER FOR ENTRY OF FINAL DEFAULT JUDGMENT

THIS MATTER having come before the Court on Plaintiffs' Application for Entry of Final Default Judgment, and the Court having reviewed the file and being otherwise duly advised in the premises, it is hereby ORDERED and ADJUDGED that:

Judgment is hereby entered in favor of the Plaintiffs, Plaintiffs, KGB International, Inc., Channel Imports, LLC and South Mill Distribution, Inc. d/b/a Atlanta South Mill Distribution, LLC, and against Defendant, Tanikka Watford, in the principal amount of $115,632.76, prejudgment interest at 8% per annum pursuant to the underlying contract in the sum of $415.41, for a total judgment amount of $116,048.17, plus post judgment interest at the rate set forth by 28 USC §1961, all of which qualifies for protection under the Perishable Agricultural Commodities Act of 1930, as amended, 7 USC §499e *et seq.* ("PACA"), until satisfied, for which let execution issue.

DONE AND ORDERED in Chambers in Washington, DC on this ___day of March, 2006.

_____
Nancy Mayer-Whittington
Clerk, United States District Court

Copies Furnished to:
All parties and counsel of record