```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| **KGB INTERNATIONAL INC. et al.**, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 06-272 (RWR) ) |
| **SOUTHERN SOLUTIONS et al.**, | ) ) |
| Defendants. | ) ) ) |

## ORDER

By minute order issued April 16, 2006, proceedings in this case were stayed pending resolution of the defendants' bankruptcy proceedings in the United States Bankruptcy Court for the Middle District of North Carolina. Plaintiffs here are all on the service list in that court of those receiving notice of a meeting of creditors, and two of the plaintiffs here are prosecuting an adversary proceeding in one of the bankruptcy cases. Plaintiffs are directed to file by December 15, 2006 a status report describing the current posture of the case and explaining why the complaint in this case should not be dismissed.

SIGNED this 21st day of November, 2006.

/s/
RICHARD W. ROBERTS
United States District Judge