IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KGB INTERNATIONAL, INC., *et. al*, | : |
| Plaintiffs, | : |
| v. | :    CIVIL ACTION NO. 06-272 (RWR) |
| SOUTHERN SOLUTIONS, INC., *et. al*, | : |
| Defendants | : |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Please take notice that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiffs, KGB International, Inc.; Channel Imports, Inc.; and South Mill Distribution, Inc. d/b/a Atlanta South Mill Distribution, LLC, by and through their undersigned counsel, dismiss this action against Defendants, Southern Solutions, Inc., d/b/a Southern Solutions Produce, LLC and Tanikka Watford, without prejudice

          Respectfully,

          /s/ Charles H. Carpenter

| | |
|---|---|
| Lawrence H. Meuers, Esq. | Charles H. Carpenter, Esq. |
| Fla. Bar No. 0934879 | DC Bar No. 432004 |
| Aaron J. Pruss, Esq. | Edward M. Andries, Esq. |
| Fla Bar No. 0015656 | DC Bar No. 460526 |
| 5395 Park Central Court | Pepper Hamilton, LLP |
| Naples, FL 34109 | Hamilton Square |
| Telephone: (239) 513-9191 | 600 Fourteenth Street, N.W. |
| Facsimile: (239) 513-9677 | Washington, DC 20005-2004 |
| apruss@meuerslawfirm.com | Tel: (202) 220-1251 |
| | Fax: (202) 220-1665 |

          Attorneys for Plaintiffs

Dated: December 13, 2006

-2-

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 13, 2006, a copy of the foregoing Notice of Voluntary Dismissal Without Prejudice was served by United States first-class mail on the following:

| | |
|---|---|
| Tanikka Watford<br>321-A Atwood Drive<br>Burlington, NC 27215 | Southern Solutions, Inc., d/b/a Southern<br>Solutions Produce, LLC<br>c/o Tanikka Watford<br>321-A Atwood Drive<br>Burlington, NC 27215 |

      /s/ Charles H. Carpenter
      Charles H. Carpenter